No. 412. KRAMER *v.* OHIO.

November 8, 1943. *Per Curiam:* The motion for leave to file statement as to jurisdiction is granted. The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *McNaughton* v. *Johnson,* 242 U. S. 344, 348–9; *Graves* v. *Minnesota,* 272 U. S. 425, 428; *Roschen* v. *Ward,* 279 U. S. 337, 339–40; *Semler* v. *Board of Dental Examiners,* 294 U. S. 608, 611. The petition for writ of certiorari is denied. *Mr. William J. Corrigan* for appellant-petitioner. *Mr. Frank T. Cullitan* for appellee-respondent.

No. 21. UNITED STATES EX REL. BRENSILBER ET AL. *v.* BAUSCH & LOMB OPTICAL CO. ET AL.

Argued October 13, 14, 1943. Decided November 8, 1943. *Per Curiam:* Judgment affirmed by an equally divided Court. MR. JUSTICE JACKSON took no part in the consideration or decision of this case. *Mr. William Stanley,* with whom *Mr. Homer Cummings* was on the brief, for petitioners. *Mr. Whitney North Seymour* for Bausch & Lomb Optical Co. et al.; and *Mr. Raymond M. White* for Carl Zeiss, Inc.,—respondents. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. K. Norman Diamond* and *Robert L. Stern* filed a brief on behalf of the United States, as *amicus curiae,* urging reversal.